WILLIAM M. LANNING v. CHARLES H. BAKER, RECEIVER OF TAXES, &c.

On *certiorari.*

The opinion of the court was delivered by

DIXON, J. The questions raised in this case, all of which relate to the taxation of shares of stock in the Mechanics National Bank, of Trenton, owned by the prosecutor, who resides in the city of Trenton, have been considered by the court in the case of that bank against the same defendants, and for the reasons there given in the opinion of the court, the assessment brought up by this writ is affirmed, with costs.